UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KECITE RENEE SMITH | CIVIL ACTION |
| VERSUS | NO. 24-2104 |
| MAILROOM DEPUTY ATKINS ET AL. | SECTION: "J"(1) |

## **ORDER**

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation (Rec. Doc. 7), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff Kecite Renee Smith's federal civil rights claims be **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim on which relief may be granted.

New Orleans, Louisiana, this 4th day of November, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE